BIA
Reid, IJ
A213 291 612

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand twenty-six.

Present:

Sarah A. L. Merriam,

*Circuit Judge*.

---

Jose Guillermo Martinez-Rivas,

*Petitioner*,

v. 26-2091

Todd Blanche, United States Attorney General,

*Respondent*.

---

Respondent moves to suspend the deadline for filing the administrative record. Upon due consideration, the motion is GRANTED and the deadline to file the record is SUSPENDED. Respondent's pending motion to dismiss the petition and Petitioner's pending motion for in forma pauperis status will be submitted to a three-judge panel in the ordinary course. If, while these motions are pending, the Board of Immigration Appeals acts on Petitioner's appeal, Respondent is directed to inform the Court and to file the administrative record within 60 days of that action.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

Catherine O'Hagan Wolfe